IN THE UNITED STATES DISTRICT COURT
for the District of Maryland
Baltimore Division

Hassan Crawford,

   Plaintiff,

v.

ENHANCED RECOVERY COMPANY,

   Defendant.

Civil No. 1:11-cv-03493-ELH

FILED / LODGED / ENTERED / RECEIVED
FEB 28 2012
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Hassan Crawford; defendant is ENHANCED RECOVERY COMPANY.

2. On December 5, 2011, plaintiff sued defendant.

3. Defendant has not filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not filed nor dismissed any other action based on or including the same claims as those presented in this suit.

8. Plaintiff and Defendant have through amicable negotiation agreed to a mutually satisfactory settlement which eliminates any requirement to litigate this matter.

9. This dismissal is without prejudice.

Respectfully submitted,

By: *Hassan Abdul DBA HASSAN CRAWFORD*

HASSAN CRAWFORD
4932 OLD COURT RD.
BALTIMORE, MD. 21133

Certificate of Service

I certify that a copy of this Notice of Dismissal was served on ENHANCED RECOVERY COMPANY, whose address is 8014 BAYBERRY RD., JACKSONVILLE, FL 32256 by fax to fax number (940) 645-3009.

HASSAN CRAWFORD, Plaintiff, Pro Se